IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BETH BEKELESKI,

    Plaintiff,

v.

    Case No. 19-cv-475-bbc

ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew Saul, Commissioner of Social Security affirming the decision of the commissioner and dismissing this case.

| s/ | 2/21/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |